IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**BENJAMIN FRANKLIN SCOTT,**

    Petitioner,

v.　　　　　　　　　　　　Civil Action No. 1:06CV163
　　　　　　　　　　　　　　Criminal Action No. 1:02CR27
　　　　　　　　　　　　　　(Judge Keeley)

**UNITED STATES OF AMERICA,**

    Respondent.

## ORDER

The Court **DIRECTS** the United States Marshals Service to transport petitioner, Benjamin Franklin Scott, currently incarcerated at FCI Fairton, New Jersey, 08320, to the Clarksburg, West Virginia point of holding court for the evidentiary hearing scheduled on **October 19, 2007** at **9:30 a.m**.

It is so **ORDERED.**

The Clerk is directed to transmit copies of this Order to counsel of record, the petitioner, certified mail, return receipt requested, and all appropriate agencies.

DATED: October 1, 2007

　　　　　　　　　　　　　　/s/ Irene M. Keeley
　　　　　　　　　　　　　　IRENE M. KEELEY
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE